# United States District Court
## Violation Notice

**CVB Location Code:** CC72

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBJG0062 | SMITH | 2370 |

**FBJG0062**

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 01/01/2021  01:00
**Offense:** FED  18USC  641

**Place of Offense:** CITY CREEK STATION 38

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
THEFT OF GOVERNMENT PROPERTY.

### DEFENDANT INFORMATION
**Phone:** (    )

| Last Name | First Name | M.I. |
|---|---|---|
| MCFARLANE | KENNETH | S |

**Street Address:**

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

**Drivers License No.:**   CDL ☐   D.L.   **Social Security No.:**

☐ Adult  ☐ Juvenile   Sex ☐ M ☐ F   Race   Hair   Eyes   Height  '  "   Weight

### VEHICLE
**VIN:**    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

**Forfeiture Amount**
$30.00   **Processing Fee**
**PAY THIS AMOUNT**   **Total Collateral**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** To Be Determined...
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

FBJG0062

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____January 1, 2021_____ while exercising my duties as a law officer in the _____Central_____ District of _____CA_____

Pursuant to 16 USC 551: At approximately 0100 hours, I LEO T. Smith, received information of theft of government property from the USFS City Creek Station #38 Forestry Technicians (firefighters). The firefighters indicated that the same suspect wearing a reflective jacket and driving a newer model Nissan Frontier truck from the previous day cut the gate lock and broke into the Station engine bay by cutting the window bars to steal miscellaneous equipment inside. The same suspect and suspect vehicle was seen on video surveillance the early morning prior stealing items from a storage building. However, with no readily identifiable information available on the suspect or vehicle, I informed local law enforcement and Caltrans contacts of the incident and continued to look for investigative leads.

On 01/18/2021, I received information from Vista Towers employee Robert MacLachlan of a recent theft occurring on 01/11/2021 at the Marshall Peak Communications site located within the SBNF. Mr. MacLachlan provided covert trail camera surveillance images of a suspect and suspect vehicle matching the same surveillance video images from the USFS City Creek Station #38. The suspect was photographed breaking into the facility and stealing numerous items. Additionally, Mr. MacLachlan informed me of a suspect with a similar MO who was recently arrested by the San Bernardino Sheriff's Department (SBSO) for possession of stolen property from a Verizon Communications Tower site located near Station #38. I confirmed the suspects identity as Mr. Kenneth MACFARLANE with SBSO. A computerized record check indicated that Mr. MCFARLANE owned a newer model Nissan pickup. Also, we made a visual confirmation of Mr. MCFARLANES Nissan Frontier pickup (matching the surveillance images) present at his home of record.

On 01/19/2021 LEO I. Lett and I, LEO T. Smith, conducted a consent search of Mr. MCFARLANES home of record and the Nissan Frontier pickup. The homeowner, who we identified as Mr. MCFARLANES Aunt, gave us permission to search the garage and the truck (which she indicated belonged to Mr. MCFARLANES grandmother). We located numerous pieces of government property inside the garage and the pickup. Additionally, Mr. MCFARLANES Aunt said that Mr. MCFARLANE brought the property to her home and did not offer any explanation as to how he obtained the equipment. Later in the evening, LEO I. Lett and I conducted an in-custody interview of Mr. MCFARLANE at the West Valley Detention Center. We read Mr. MCFARLANE his Miranda Rights and he agreed to speak to us without an attorney present. Subsequently Mr. MCFARLANE admitted to the damage and theft of government property from Station #38 on two (2) separate occasions and to the damage and theft of private property from the Marshall Peak Communications Site on at least one occasion.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed   _____January 1, 2021_____   *Tylor Smith*
                Date (mm/dd/yyyy)          Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____
              Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident